UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 27 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MARCUS INGRAM, Individually,    :

Plaintiff              :: case No.1:22-cv-3468-TWT

V.                     ;


LOS TACOS , INC.                ;

ERICK ESTRADA.                  ;


Defendant.

_____:

My name is Erick Avalos Estrada. I am the owner of los Tacos. Small and family business.

With all due respect I am asking the judge to dismiss this case. base on the following"

1.-I did summit pictures of the restaurant with the proper bathrooms, and door access, the ramp access that was built in the year 2000, according to building requirments. By Arquited HB&A desing group (I add 3 copies fof AB&A group desing) on november 18th of 2022 to the court, pictures that show completed information of the building, information that is not incluted in Savanah Moorre ADA consultan experts.

2. When  I called fire marshal and two inspector came to the location and inspect the building, they read Mr. Pete M report about all the things that Mr. Pete said that were wrong. The 2 officers from fire marshal said this is a frivolous demand the just try to get some money from the insurance. That they been doing it all around Douglas county, that maybe those people where never in the business). They took measurements of the access entrance and door. The same as the ramp with was built in 2000.( qpublic.net add) With all the new requirements for handicap. (see copies add from AB&A design group for Brookshires business add location 5778 Fairburn rd. in year 2000)

3. there is four access doors in the building... there is 4 set of bathrooms in the building, I already sent pictures of everything.

4.ire marshals took measurements of ramp same as all doors. I has able to get copies at Douglas county Building department from addition done in 2000 I got part of the main plans doing by AB&A design group and approve by Douglas county official, and we request a full plans for the interior of the building .

The ADA consultant is not showing measurements of the complains it just said that looks tied, or looks to high but not showing measurements to prove that there is a violation or something is wrong.


5 if Mr. Pete had spend 22 hours investigating this case he would not miss the exit and entrance and the other 2 set of bathrooms that are according to code ADA for handicap.,  Mr. Pete and ADA consultant not showing the full picture  of the building what makes it look the way they want it to look. looks more like he got exiting with bathrooms and thing he saw and not bother to look more into, and all this is been casing me anxiety and is been affecting my emotional well been, stress and psychological instability . Since the beguiling when they drop the first demand acting creepy.  exaggerated all the aspects of the demand just to make it bigger.  and not knowing that he was basing his demand on half part of the building.   or incomplete hand of elements. I will add that I was in involve in a car accident in year 2000 where I got my knee dislocated and

my foot brook in pieces it took me 4 years of my life to recover and get back to new normal. After 2 foot surgeries and 2 knee surgeries and 4 years on wheel chair and crochets I know what handicap people go trout, so I know from experience what handicap people live and I will tell you that me as I small business owner I always take care and make sure people with disabilities get extra care from us.

6 the way that the ADA inspector took pictures make the look worse than they are or bad.  is not showing measurements. Thats makes us wonder of the ethics and morals of this ADA inspectors and their professionalism. Wich, they did not bother to see whole building or at least ask for it.... (Douglas county Building permits 2000 by Broockshires done by HB&A design consultant group)

7 if I have done something or cause something or I was at fault...and it was my responsibility to pay or be punish for what I did I will be glad to accept my responsivity and paid for it. But in this case is all the way around I did not do cause any harm to Mr. Marcus or other people. All the time we have regular handicap costumers and no one had complaint about the restrooms or access and  we had a few friends that are in a wheel chair and they never had have and issue with the building, actually  I have a friend and client  MR Lee, from Mustan sign in Douglasville GA, he dis suffer from brain Strock

and he is parlays on half part of his body, whenever he got a rite he Cames to the business and enjoy our food sometimes I go to his house and drop some food for him. I talk to him about this demand with Mr. Pete, and he is willing to talk about his experience in Los Tacos business the same other 2 customers that came to the business.

I hope all this misunderstanding and incomplete information about my business can be resolve and dismiss. we feel sorry that false Promeses where make to Mr. Marcus to get some money from us when the truth is that we not discriminated and the truth about my business and building where present to the judge incomplete or half way and the etic, moral and Professionalism of the Savannaha ADA consult was incomplete, according to the ADA rules and Fire Marshals of Douglasville the building is in order.

I have call Mr. Pete Several times by phone but I did not get an answer or call back.

Best regarding's

Erick Avalos Estrada.

5778 FAIRBURN RD.
Douglasville, GA. 30134

# qPublic.net™ Douglas County, GA

## Summary

| | |
|---|---|
| Parcel Number | 00520150027 |
| Location Address | 5778 HWY 92 - FAIRBURN RD |
| Legal Description | BLDG/0.48 AC, FAIRBURN RD |
| | (Note: (Note: Not to be used on legal documents.)) |
| Class | C3 - Commercial Lots |
| | (Note: (Note: This is for tax purposes only. Not to be used for zoning.)) |
| Zoning | CG |
| Tax District | 3A |
| Millage Rate | |
| Acres | 0.56 |
| Neighborhood | 6070 - DC COMM-6070 |
| Homestead Code | No - |
| Topography | |

View Map

## Owner

Primary Owner
LOS TACOS INC.
2604 BOMAR ROAD
DOUGLASVILLE, GA 30135

## Linked Personal Property

| Account |
|---|
| P86550 |

## Land

| Description | Calculation Method | Square Footage | Frontage | Depth |
|---|---|---|---|---|
| HWY 92 NORTH OF I-20 | SQUARE FOOT | 24394 | 0 | 0 |

## Commercial Improvement Information

| | |
|---|---|
| Description | Restaurant-4 |
| Actual Year Built | 1975 |
| Effective Year Built | 2000 |
| Square Feet | 5480 |

## Accessory Information

Card 1

| Description | Year Built | Units | Area | Value |
|---|---|---|---|---|
| Paving-Asph.(J) 3" >10000 | 1995 | 1 | 22,600 | $12,534 |

## Permits

| Date | Permit Number | Type | Description |
|---|---|---|---|
| 02/18/2021 | J21-0041 | | |

## Sales

| Sale Date | Deed Book/Page | Plat Book/Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 3/17/2016 | 3371 34 | | $225,000 | FAIR MARKET VALUE | BRONCO INVESTMENTS, LLC | LOS TACOS, INC. |
| 12/22/2015 | 3350 597 | | $160,000 | BANK SALE-LIMITED WARRANTY DEED | BANK OF THE OZARKS | BRONCO INVESTMENTS, LLC |





A MIKE LEE RESTORATION PROJECT

**BrookshireS**
A TASTE OF NASHVILLE
DOUGLASVILLE, GEORGIA 30135

TRANSVERSE

A5.3

770- 632-9545



















