UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** :<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**LOS TACOS, INC.** :<br>**A Domestic Company** :<br>:<br>**Defendant.** :<br>_____/ | Case No. 1:22-cv-3468-TWT |

**DEFAULT JUDGMENT**

The defendant Los Tacos, Inc., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Thomas W. Thrash, Jr., United States District Judge, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff Marcus Ingram, recover from the defendant Los Tacos, Inc, the amount of $10,771.85. Attorney fees in the amount of $8,840.00, Paralegal fees in the amount of $207.00, and costs of $1,724.85.

Within **twelve (12) months** of the date of this Order and Judgment, Defendant shall commence and complete removal of the architectural barriers on

1

the property operated as Los Tacos Restaurant, at 5778 Fairburn Road, Douglasville, GA, in order to make said property compliant with the ADA.

Dated at Atlanta, Georgia this 2nd day of __February__, 2023.

                                                                            THOMAS W. THRASH, JR.
                                                                            UNITED STATES DISTRICT JUDGE